UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUNYAMIN KIZILYILDIRIM, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03287 |
| § § | |
| ROBERT DAUM, *et al.*, § § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 29, 2024. Doc. #9. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, the Court hereby GRANTS Defendants Robert L. Daum, Alejandro Mayorkas, Ur M. Jaddou, and Ted H. Kim's Motion to Dismiss or for Summary Judgment (Doc. #5). A final judgment will be entered concurrently.

It is so ORDERED.

APR 2 2 2024
Date

The Honorable Alfred H. Bennett
United States District Judge